IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS : CONSOLIDATED UNDER
: MDL 875
v. :
:
VARIOUS DEFENDANTS :

FILED
JAN - 4 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW**, this **28th** day of **December, 2009**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

1/6/09
Copies Mailed

## EXHIBIT A

| Plaintiff | Cause Number |
|---|---|
| KARL DOMBOSKI | 2:07-cv-62942-ER |
| PRESLEY KNIGHT | 2:07-cv-62942-ER |
| RONNIE CRIMM | 2:07-cv-62942-ER |
| ROGER CURRY | 2:07-cv-62942-ER |
| RICHARD ABEL | 2:07-cv-62942-ER |
| JOHN JACOBS | 2:07-cv-62942-ER |
| Lee McIntyre | 2:07-cv-62862-ER |
| Seridan Shearer | 2:07-cv-62862-ER |
| Bernard Reynolds | 2:07-cv-62862-ER |
| Roy Ice | 2:07-cv-62862-ER |
| Donald Painter | 2:07-cv-62862-ER |
| Elmer James | 2:07-cv-62862-ER |
| Arthur Farrell | 2:07-cv-62862-ER |
| Basil Crews | 2:07-cv-62862-ER |
| Carlos Graham | 2:07-cv-62862-ER |
| Harry Kellar | 2:07-cv-62862-ER |
| Phillip Darby | 2:07-cv-62862-ER |
| Robert Kingery | 2:07-cv-62862-ER |
| Jerry Fleming | 2:07-cv-62862-ER |
| James Durbin | 2:07-cv-62862-ER |
| William Davis | 2:07-cv-62862-ER |
| Rosemary Atkins | 2:07-cv-62867-ER |
| Cam Atkins | 2:07-cv-62867-ER |
| Harold Boggs | 2:07-cv-62868-ER |
| Connie Boggs | 2:07-cv-62868-ER |
| Rose Dorsey | 2:07-cv-62870-ER |
| Alfred Dorsey | 2:07-cv-62870-ER |
| Jo Ann Sharp | 2:07-cv-62871-ER |
| Hubert Sharp | 2:07-cv-62871-ER |
| Carl Nelson | 2:07-cv-62875-ER |
| Ethel Nelson | 2:07-cv-62875-ER |
| Calvin Wheeler | 2:07-cv-62876-ER |
| Edward Tackett | 2:07-cv-62895-ER |
| Philip Panashy | 2:07-cv-62896-ER |
| Nancy Panashy | 2:07-cv-62896-ER |
| Carl Titta | 2:07-cv-62897-ER |
| Mary Titta | 2:07-cv-62897-ER |
| Betty Black | 2:07-cv-62898-ER |
| Randolph Black | 2:07-cv-62898-ER |
| Forrest Pierce | 2:07-cv-62899-ER |
| Gertrude Pierce | 2:07-cv-62899-ER |
| Loretta Mooney | 2:07-cv-62900-ER |
| Morris Mooney | 2:07-cv-62900-ER |
| Gary Keller | 2:07-cv-62901-ER |
| Verna Keller | 2:07-cv-62901-ER |
| J. Hutchison | 2:07-cv-62902-ER |
| Pauline Hutchison | 2:07-cv-62902-ER |
| Virgil Bailey | 2:07-cv-62903-ER |
| Elsie Bailey | 2:07-cv-62903-ER |

| Name | Case Number |
|---|---|
| Billy Bowen | 2:07-cv-62904-ER |
| Evis Bowen | 2:07-cv-62904-ER |
| William Bates | 2:07-cv-62905-ER |
| Clara Bates | 2:07-cv-62905-ER |
| Eloise Pelfrey | 2:07-cv-62906-ER |
| James Pelfrey | 2:07-cv-62906-ER |
| Frances Hunt | 2:07-cv-62907-ER |
| Carl Hunt | 2:07-cv-62907-ER |
| Betty Childers | 2:07-cv-62908-ER |
| Haskell Childers | 2:07-cv-62908-ER |
| Fred Parsons | 2:07-cv-62909-ER |
| Alma Parsons | 2:07-cv-62909-ER |
| James Jenkins | 2:07-cv-62910-ER |
| Violet Jenkins | 2:07-cv-62910-ER |
| Lilly Johnson | 2:07-cv-62911-ER |
| Ivory Johnson | 2:07-cv-62911-ER |
| Kathleen Maynard | 2:07-cv-62912-ER |
| Paul Maynard | 2:07-cv-62912-ER |
| William Justice | 2:07-cv-62914-ER |
| Carrie Pierce | 2:07-cv-62915-ER |
| Ralph Pierce | 2:07-cv-62915-ER |
| Sam Lanham | 2:07-cv-62916-ER |
| Ophelia Lanham | 2:07-cv-62916-ER |
| Frances Perry | 2:07-cv-62917-ER |
| Elmer Perry | 2:07-cv-62917-ER |
| Jerry Miller | 2:07-cv-62918-ER |
| Kathyrn Miller | 2:07-cv-62918-ER |
| Palmandeda Burcham | 2:07-cv-62919-ER |
| Lewis Burcham | 2:07-cv-62919-ER |
| Edwina England | 2:07-cv-62920-ER |
| Herman England | 2:07-cv-62920-ER |
| Hazel Short | 2:07-cv-62921-ER |
| Calvin Short | 2:07-cv-62921-ER |
| Cecil Smith | 2:07-cv-62922-ER |
| Roger Glancy | 2:07-cv-62924-ER |
| Robert Braden | 2:07-cv-62925-ER |
| Mary Curtis | 2:07-cv-62926-ER |
| Jack Curtis | 2:07-cv-62926-ER |
| Carol Cobb | 2:07-cv-62927-ER |
| Brent Cobb | 2:07-cv-62927-ER |
| David Chapman | 2:07-cv-62928-ER |
| Linda Chapman | 2:07-cv-62928-ER |